UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RONALD A. LUIPPOLD, </br></br> Plaintiff, on behalf of himself and all others similarly situated, </br></br> v. </br></br> PERFORMANCE CAPITAL MANAGEMENT, LLC </br></br> Defendant. | CASE No. 1:09-cv-11924-RGS |

**JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)**

Now Come the Plaintiff Ronald A. Luippold and Defendant Performance Capital Management LLC, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate and agree that the above-captioned action shall be dismissed with prejudice and each party is to bear its own costs and expenses.

Respectfully submitted,

| | |
|---|---|
| Plaintiff Ronald A. Luippold<br>By his attorneys, | Performance Capital Management LLC<br>By its attorneys, |
|  <br>___/s/_____*Craig Thor Kimmel*___<br>Craig Thor Kimmel, BBO#66294<br>kimmel@creditlaw.com<br>Kimmel & Silverman P.C.<br>30 East Butler Pike<br>Ambler, PA 19002<br><br>Aaron D. Radbil, (*Pro Hac Vice*)<br>aradbil@attorneysforconsumers.com<br>WEISBERG & MEYERS, LLC<br>5025 North Central Ave. #602<br>Phoenix, AZ 85012 | */s/ Jonathan F. Tabasky*_____<br>John B. Manning, BBO #559707<br>jmanning@cmjlaw.com<br>Jonathan F. Tabasky, BBO #631387<br>jtabasky@cmjlaw.com<br>Laura R. McKelligott, BBO #664293<br>lmckelligott@cmjlaw.com<br>Cooley Manion Jones LLP<br>21 Custom House Street<br>Boston, MA 02110<br>Telephone:  617-737-3100 |

## CERTFICIATION OF SERVICE

I, Jonathan F. Tabasky, attorney for the Defendant Performance Capital Management, LLC in the above-captioned matter, hereby certify that on this 26th day of March, 2010, a copy of the above was served via the CM/ECF electronic filing system upon all counsel of record, as indicated below.

Aaron D. Radbil, Esq.
WEISBERG & MEYERS, LLC
5025 North Central Ave. #602
Phoenix, AZ 85012

Craig Thor Kimmel
Kimmel & Silverman P.C.
30 East Butler Pike
Ambler, PA 19002

                                                           */s/ Jonathan F. Tabasky*_____
                                                           Jonathan F. Tabasky

353111v1